```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOSEPH L. GUNTER,                        :
                    Plaintiff,           :     07 CIV. 8847 (DLC)
                                         :
          -v-                            :     ORDER
                                         :
COMMISSIONER OF SOCIAL SECURITY,         :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    By letter dated January 22, 2008, the defendant requested an extension of time to respond to plaintiff's complaint. It is hereby

    ORDERED that defendant's response is due March 20, 2008.

    SO ORDERED:

Dated:    New York, New York
          January 23, 2008

                                    _____
                                           DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Joseph L. Gunter, Jr.
686 East 220th Street
Bronx, NY 10467

Leslie A. Ramire-Fisher
U.S. Attorney's Office, Civil Div.
86 Chambers Street
New York, NY 10007