```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JOSEPH L. GUNTER, JR.,                  :
                        Plaintiff,      :
                                        :          07 Civ. 8847 (DLC)
             -v-                        :
                                        :                ORDER
MICHAEL J. ASTRUE,                      :
COMMISSIONER OF SOCIAL SECURITY,        :
                        Defendant.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

DENISE COTE, District Judge:

   Plaintiff has brought this action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking review of a denial of disability benefits.

   Pursuant to an Order dated January 23, 2008, the Government filed an answer on March 20, 2008.

   If the plaintiff or the Government wishes to make a motion, it must be filed no later than April 21, 2008.

   The opposition to any motion shall be filed within thirty days of service of the motion. Any reply is to be filed fourteen days thereafter.

   Any motion or opposition to any motion must be accompanied by a supporting memorandum of law that makes specific citation to the parts of the record on which the party relies.

Should the Government make a motion, plaintiff is advised that a failure to respond to the Government's motion can result in the entry of judgment against the plaintiff.

Plaintiffs appearing <u>pro se</u> should direct any questions to the Pro Se Office at 500 Pearl Street, Room 230. (Telephone (212) 805-0175).

SO ORDERED:

Dated:   New York, New York
         March 20, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Joseph L. Gunter, Jr.  
686 East 220th Street  
Bronx, NY 10467

Leslie A. Ramirez-Fisher  
U.S. Attorney's Office, Civil Div.  
86 Chambers Street  
New York, NY 10007