```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JOSEPH L. GUNTER,                     :
                    Plaintiff,        :      07 CIV. 8847 (DLC)
                                      :
       -v-                            :      ORDER
                                      :
COMMISSIONER OF SOCIAL SECURITY,      :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

DENISE COTE, District Judge:

By letter dated April 22, 2008, the defendant requested an extension of time to file its motion for judgment on the pleadings, and it represented that the plaintiff consents to this request. It is hereby

ORDERED that defendant's motion for judgment on the pleadings is due **May 21**.

IT IS FURTHER ORDERED that the plaintiff's opposition to the defendant's motion is due **June 23**. Any reply by the defendant is due **July 7**.

IT IS FURTHER ORDERED that should the defendant make a motion, plaintiff is advised that a failure to respond to the defendant's motion can result in the entry of judgment against the plaintiff.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United

States Courthouse, 500 Pearl Street, New York, New York 10007.


SO ORDERED:

Dated:   New York, New York
         April 23, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Joseph L. Gunter, Jr.  
686 East 220th Street  
Bronx, NY 10467

Leslie A. Ramirez-Fisher  
U.S. Attorney's Office, Civil Div.  
86 Chambers Street  
New York, NY 10007