UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH L. GUNTER, JR.,

                Plaintiff,                    07 **CIVIL** 8847 (DLC)

     -against-                       **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner,
of Social Security,                          **SCANNED**

                Defendant.
-----------------------------------------------------------X

    The Commissioner having moved for judgment on the pleadings, and the said motion having come before the Honorable Denise Cote, United States District Judge, and the Court thereafter, on August 1, 2008 having rendered its Opinion and Order granting the Commissioner's motion for judgment on the pleadings, it is,

    **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated August 1, 2008, the Commissioner's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
          August 5, 2008

                                                **J. MICHAEL McMAHON**
                                                **Clerk of Court**
                       BY:
                                                **Deputy Clerk**

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON _____